UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD, | ) Case No. 2:19-CV-02592-TLN-EFB |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| v. | ) Judge: Hon. Troy L. Nunley |
| CHRISTINE BARBER, et al., | ) Magistrate Judge: Hon. Edmund F. Brennan |
| Defendants. | ) Action filed: 12/23/2019 |

The Court is in receipt of Defendant C. Barber's Ex Parte Application for Extension of Time to File a Responsive Pleading to Plaintiff's First Amended Complaint.

**IT IS HEREBY ORDERED**:

Defendant C. Barber's Ex Parte Application for Extension of Time to File a Responsive Pleading to Plaintiff's First Amended Complaint is ~~Granted~~ **denied as unnecessary. In due course, the court will screen the amended complaint and order defendant to file a responsive pleading, if appropriate.** ~~The deadline to file a responsive pleading to Plaintiff's First Amended Complaint is extended to May 20, 2020~~.

DATED: April 20, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE