UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTINE BARBER,<br><br>  Defendant. | No. 2:19-cv-2592-TLN-EFB P<br><br><br><br>ORDER |

Judgment was entered in this action on October 27, 2020. ECF No. 21. On November 24, 2020, plaintiff filed a notice of appeal and an application for leave to proceed in forma pauperis on appeal. ECF No. 22 (later supplemented at ECF Nos. 25, 27). Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Plaintiff's motion satisfies all three of the requirements set forth in Rule 24(a) and is therefore GRANTED.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma
2 pauperis on appeal (ECF Nos. 22, 25, 27) is GRANTED.  The Clerk of the Court is directed to
3 serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.
4 DATED: February 16, 2021.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE